United States Court of Appeals
Fifth Circuit

**F I L E D**

June 9, 2003

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 02-31002
_____

PARK PLANTATION LLC,

                                        Plaintiff - Appellant,

v.

BLANCHARD 1986 LTD; JOHN E. HINE; PETER L. TURBETT; TORTUGA
OPERATING CO.; TORTUGA INTERESTS INC.; TEXACO INC.; TEXACO
EXPLORATION AND PRODUCTION INC.; MARATHON OIL, formerly known
as TXO Production Corp.; B P AMOCO, Successor in interest to
formerly known as ARCO, formerly known as Atlantic Richfield Co.,

                                        Defendants - Appellees.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 01-CV-1480
_____

Before JOLLY, HIGGINBOTHAM, and STEWART, Circuit Judges.

PER CURIAM:[1]

     We have studied the briefs and the record in this case and we

have had the benefit of helpful oral arguments from the parties,

but we are not convinced that the district court committed any

reversible error under these particular facts and circumstances. We

_____

     [1]     Pursuant to 5th Cir. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5th Cir. R.
47.5.4.

therefore AFFIRM the judgment of the district court, dismissing this case with prejudice.  Each party will bear its own costs.

AFFIRMED.